**DISMISS in Part and DENY in Part; and Opinion File October 17, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01404-CV

### IN RE RONALD NEWTON, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11818**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

The Court has before it relator's petition for writ of mandamus complaining of errors in the handling of his application for writ of habeas corpus in the trial court. To the extent relator is asking this Court to rule on his application for habeas corpus, we have no jurisdiction to do so, and **DISMISS** his petition for writ of mandamus. *See* TEX. CODE CRIM. PROC. ANN. Art. 11.07 (West Supp. 2010). To the extent relator asks this Court to order the trial court to rule on his application for habeas corpus, he has not shown his entitlement to that relief, and we **DENY** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

131404F.P05